**[6ord24]**[ORDER CONDITIONALLY DENYING REAFFIRMATION AGREEMENT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:09−bk−01883−KSJ
Chapter 7

Hans Boehm
36 Fairbank Lane
Palm Coast, FL 32137

Bonita Carol Boehm
aka Bonnie Boehm
36 Fairbank Lane
Palm Coast, FL 32137

_____Debtor(s)_____/

## ORDER CONDITIONALLY DENYING REAFFIRMATION AGREEMENT DUE TO PRESUMPTION OF UNDUE HARDSHIP

This case came on for consideration upon the filing of a Reaffirmation Agreement between the debtor(s) and Space Coast Credit Union (Doc. No. 16 ). The Court cannot approve the Reaffirmation Agreement because either a presumption of undue hardship exists insofar as the debtor(s) do not have enough income to pay the agreed payments and the debtor(s)' other living expenses or the Court is unable to determine if reaffirmation is in the best interest of the debtor(s). Accordingly, it is:

ORDERED:

1. Pursuant to Bankruptcy Rule 4008 and Section 524(m) of the Bankruptcy Code, if the debtor(s) oppose the entry of an order denying the Reaffirmation Agreement, the debtor(s) must file a response identifying additional sources of funds to make the agreed payments or otherwise explaining why the Reaffirmation Agreement is in the debtor(s) best interest. To assist the debtor(s) in providing this additional information, the debtor(s) are encouraged to use the form titled "Reaffirmation Agreement Explanation," available at the Court's website, www.flmb.uscourts.gov.

2. If the debtor(s) do *not* file a response with the Court within 21 days of the entry of this order, the Reaffirmation Agreement is denied without further notice or hearing.

3. If the debtor(s) *do* file a timely response, the Court will review the response and either set a hearing or enter an appropriate order.

DONE and ORDERED in Orlando, Florida, this 23rd day of April, 2009

Karen S. Jennemann
United States Bankruptcy Judge